UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00627-FDW-SCR

| | |
|---|---|
| JENNIFER GHERA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER** <br>) |
| WELLS FARGO BANK, N.A., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court *sua sponte* as to the status of the case. On August 2, 2024, this Court adopted the Memorandum and Recommendation, (Doc. No. 33), recommending dismissal of Plaintiff's Complaint as a sanction for civil contempt. (Doc. No. 37). In that Order, the Court directed Defendant to file supplemental briefing concerning the appropriate monetary sanction, if any. On August 22, 2024, Defendant filed a response indicating it does not seek monetary sanctions against Plaintiff, her counsel, or Mr. Michael Pickman. (Doc. No. 38). For that reason, the Court concludes there are no further matters to be considered in this case and, having already dismissed Plaintiff's Complaint, (Doc. No. 37), will close the case.

**IT IS THEREFORE ORDERED** that the Clerk of Court is respectfully directed to CLOSE THE CASE.

**IT IS SO ORDERED.**

Signed: September 18, 2024

_____
Frank D. Whitney
United States District Judge

1